DICKINSON WRIGHT PLLC
Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
Tel: 702-550-4400
Fax: 844-670-6009
CAlexander@dickinsonwright.com

MCCULLOCH AVIATION LAW FIRM PLLC
Timothy I. McCulloch (admitted *pro hac vice*)
Arizona Bar No. 23732
21001 N. Tatum Blvd., Suite 1630-936
Phoenix, Arizona 85050
Tel: 602-568-5291
tim@mccullochaviation.com

*Attorneys for Plaintiff Cathy Zee Anderson,*
*as personal representative of the Estate of*
*Donald S. Goldberg*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CATHY ZEE ANDERSON, as personal representative of the Estate of DONALD S. GOLDBERG,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant | Case No.: 2:24-cv-01737-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON CERTAIN DAMAGES CLAIMS, INCLUDING WRONGFUL DEATH**<br><br>**(First Request)** |

Plaintiff Cathy Zee Anderson, as personal representative of the Estate of Donald S. Goldberg ("Plaintiff"), by and through her counsel of record, the law firm of Dickinson Wright, PLLC and McCulloch Aviation Law Firm, PLLC, and Defendant, the United States ("Defendant"), by and through its counsel of record, do hereby stipulate and agree to extend the time for Plaintiff to respond to Defendant's Motion for Partial Summary Judgment on Certain Damages Claims, Including Wrongful Death, filed on June 22, 2026 [ECF #38], due on July 13, 2026, to July 20, 2026, and the time for Defendant to Reply to Plaintiff's Response.

1

DICKINSON WRIGHT PLLC
3883 Howard Hughes Pkwy., Suite 800
Las Vegas, Nevada 89169

This request is submitted pursuant to LR IA 6-1, 6-2, and LR 7-1, and is the parties' first request for an extension of time for Plaintiff to respond to Defendant's Motion for Partial Summary Judgment on Certain Damages Claims, Including Wrongful Death.

Plaintiff respectfully requests a one-week extension to file its response to the Motion for Partial Summary Judgment.  Plaintiff asserts that good cause exists for a modest extension because of Plaintiff's counsel's previously scheduled travel commitments that have impacted counsel's availability to prepare a complete and accurate response. The request is made in good faith and is not sought for the purposes of delay or prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DICKINSON WRIGHT PLLC
3883 Howard Hughes Pkwy., Suite 800
Las Vegas, Nevada 89169

2

Accordingly, Plaintiff shall have an additional seven (7) days until July 20, 2026 to provide a response to Defendant's Motion for Partial Summary Judgment on Certain Damages Claims, Including Wrongful Death [ECF #38] and Defendant should have a reciprocal one-week extension to file its reply, up to and including August 10, 2026.

**IT IS SO STPILULATED.**

Dated this 13th day of July, 2026.

/s/ Cynthia L. Alexander
Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
**DICKINSON WRIGHT PLLC**
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169
CAlexander@dickinsonwright.com

**MCCULLOCH AVIATION LAW FIRM PLLC**
Timothy I. McCulloch (admitted *pro hac vice*)
Arizona Bar No. 23732
21001 N. Tatum Blvd., Suite 1630-936
Phoenix, Arizona 85050
tim@mccullochaviation.com
*Counsel for Plaintiff*

Dated this 13th day of July, 2026.

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

SIGAL CHATTAH
First Assistant U.S. Attorney

/s/ Robert J. Gross
ROBERT J. GROSS
Senior Aviation Counsel
DEBRA D. FOWLER
Senior Aviation Counsel
ASHLEY E. DEMPSEY
Senior Trial Counsel
WILLIAM D. JANICKI
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Post Office Box 14271
Washington, D.C. 20044-4271
(202) 616-4038 (RJG)
Robert.Gross@usdoj.gov
Debra.Fowler@usgoj.gov
Ashley.Dempsey@usdoj.gov
William.D.Janicki@usdoj.gov
*Attorneys for United States*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:      7/14/2026

DICKINSON WRIGHT PLLC
3883 Howard Hughes Pkwy., Suite 800
Las Vegas, Nevada 89169

3